FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR023-A |
| ) | [18 U.S.C. § 641] |
| LAURA LEE PHILLIPS ) | |
| a/k/a Goobe ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNTS 1 & 2

1. At all times relevant to this Indictment, the defendant, **LAURA LEE PHILLIPS**, was a resident of Montgomery, Alabama.

2. On or about September 18, 2005, Phillips caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that she had suffered losses to a property she rented as her primary residence in Harvey, Louisiana. In fact, Long did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted Phillips application and caused United States Treasury checks in the amount of $2,000 and $2,358, respectively, to be mailed to Phillips in Montgomery, Alabama. Phillips received the checks and cashed them.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

## LAURA LEE PHILLIPS,

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 19, 2005 | FEMA disaster assistance funds in the amount of $2,000. |
| 2 | September 28, 2005 | FEMA disaster assistance funds in the amount of $2,358. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney

-2-