| | | |
|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** 2/17/06 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2:59 p.m. to 3:07 p.m. | |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>2:06CR23-WHA-SRW</u> | DEFT. NAME: <u>LAURA LEE PHILLIPS</u> |
| USA: <u>CHRISTOPHER SYNDER</u> | ATTY: <u>DANIEL HAMM</u> |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; (✓) CDO; |
| USPTSO/USPO: <u>RON THWEATT</u> | |
| Defendant _____ does ✓ does NOT need an interpreter; NAME_____ | |

✓ Kars.      Date of Arrest   2/17/06   or  ☐ karsr40
✓ kia.       Deft. First Appearance. Advised of rights/charges.  ✓ Pro/Sup Rel Violator
✓ Finaff.    Financial Affidavit executed ✓ to be obtained by PTS;  ✓ ORAL Motion for Appt. Of Counsel.
✓ koappted   ORAL ORDER appointing Community Defender Organization  -  **Notice to be filed.**
☐ 20appt.    Panel Attorney Appointed; ✓ to be appointed - prepare voucher
☐            Deft. Advises he will retain counsel. Has retained _____
☐            Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐            Government's WRITTEN Motion for Detention Hrg. filed.
☐            DETENTION HRG ☐ held;  ☐ set for_____;  ☐ Prelim. Hrg ☐ Set for_____
☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.     ORDER OF DETENTION PENDING TRIAL entered
✓ kocondrls. Release order entered.  ✓ Deft. advised of conditions of release.
✓ kbnd.      ✓ BOND EXECUTED (M/D AL charges) $ 25,000   Deft released (kloc LR)
             ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Loc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
☐ ko.        Deft. ORDERED REMOVED to originating district
☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐            Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ Karr.      ARRAIGNMENT SET FOR:_____  ✓ HELD. Plea of NOT GUILTY entered.
             ✓ Trial Term   6/26/06   ;  ☐ PRETRIAL CONFERENCE DATE: _____
             ✓ DISCOVERY DISCLOSURES DATE:  2/17/06
☐ Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
✓ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**