| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** April 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:33 - 3:34 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr23-WHA | **DEFENDANT(S)** Laura Lee Phillips |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne Speirs standing in for Christopher Snyder | * | Dan Hamm |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   No pending motions

☐ **PLEA STATUS:**
   Possible plea
   Notice of intent to change plea to be filed on or before noon June 14, 2006

☐ **TRIAL STATUS**
   Trial time: 1 ½ days

☐ **REMARKS:**