# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr023-WHA |
| **LAURA LEE PHILLIPS** a/k/a Goobe | ) ) ) ) | |

## Response to Defendant's Motion for Mental Examination

The United States does not object to a mental examination of Defendant Laura Phillips. If, however, the Court were to grant the request, the United States would request that the Court amend its scheduling order and continue the trial currently scheduled for June 26, 2006, so that both parties will have sufficient time review and analyze the report.

Respectfully submitted this the 11th day of May, 2006.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Daniel G. Hamm.

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney