IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr23-WHA |
| | ) |
| LAURA PHILLIPS | ) |

**ORDER**

Upon consideration of defendant's motion to set aside order (Doc. # 19), filed May 16, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The court's previous order (Doc. # 18) is VACATED.

DONE, this 17th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE