# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA PHILLIPS, DEFENDANT. | 2:06-CR-23-WHA |

## MOTION TO CONTINUE

**COMES NOW** counsel of record for the defendant, Laura Phillips, and moves this Honorable Court for an Order continuing Defendant's Pretrial Conference and Trial dates by stating the following:

1. The Defendant's Pretrial Conference is currently set for June 2, 2006 at 3:00 p.m. The jury selection and trial is set for June 26, 2006.

2. In conjunction with the foregoing motion, counsel for the Defendant filed a motion requesting a mental evaluation for the Defendant. The motion was granted on May 11, 2006 and an Order was issued with instructions for the mental evaluation process. Thereafter, counsel for the Defendant filed a Motion to Set Aside Order and this HonorableCourt granted said motion on May 17, 2006.

3. Counsel respectfully requests that this Honorable Court continue this case to allow for a mental evaluation to be performed on the Defendant.

4. Counsel has met with Defendant and discussed the request for a mental evaluation and the Defendant has no objection to a continuance.

5.  A *Waiver of Speedy Trial,* pursuant to *Title 18 United States Code §3161,* will be filed in support of the instant motion.

**WHEREFORE, THE PREMISES CONSIDERED**, Counsel prays that this Honorable Court will continue the Pretrial Conference and Trial dates.

**RESPECTFULLY SUBMITTED** this the 18th day of May, 2006.

/s/ **Daniel G. Hamm**
―――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 18th day of May, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christopher A. Synder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101