IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )

vs.                             )   CR. NO. 2:06cr023-WHA

LAURA LEE PHILLIPS              )

## ORDER

This case is before the court on the Motion to Continue (Doc. #21), filed by the Defendant on May 18, 2006. The Defendant has filed a Waiver of Speedy Trial, and the United States does not object. For the reason that additional time is needed for a mental evaluation to be performed on the Defendant, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing June 26, 2006, to the term of court commencing October 24, 2006.

DONE this 19th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE