# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA PHILLIPS, DEFENDANT. | 2:06-CR-23-WHA |

## MOTION TO EMPLOY PSYCHOLOGIST AT GOVERNMENT EXPENSE

**COMES NOW** counsel for the Defendant and moves this Honorable Court pursuant to *Rule 12.2(c), Federal Rules of Criminal Procedure*, for an Order allowing counsel to employ and for the issuance of a CJA 21 for Dr. Catherine Boyer, 248 E. Glenn Avenue, Auburn, Alabama 36830, as a clinical and forensic psychologist in this case at the expense of the government by stating the following grounds:

1. Ms. Phillips is indigent and without funds with which to employ a psychologist.

2. As attorney for the defendant, I question the Defendant's intellectual ability with respect to her level of reading, writing, comprehension and ability to understand the consequences of a document driven application process. Counsel believes that it is essential that a mental examination be conducted in advance of trial.

3. Counsel has reason to suspect the Defendant's ability to provide sufficient assistance in preparing her defense; and the mental condition of the defendant at the time

of the offense. Defendant's mental condition will bear on Defendant's guilt of the indicted charges.

    4. Counsel has spoken to Dr. Catherine Boyer and she is willing to conduct an evaluation of the Defendant. Dr. Boyer's current rate is $130.00 per hour and she estimates that this examination along with any testimony may take up to twenty (20) hours to complete. Said charges are to include the following: 1) interviewing the Defendant, 2) review records, 3) Psychological examination, 4) provide written report and 5) be available for testimony during trial.

  **WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will issue an Order granting the employment and for the issuance of a CJA 21 for Dr. Catherine Boyer as Clinical & Forensic Psychologist at the government's expense.

  **RESPECTFULLY SUBMITTED** this the 30th day of May, 2006.

        /s/ Daniel G. Hamm
        ───────────────────────────
        DANIEL G. HAMM (HAM043)
        ATTORNEY FOR THE DEFENDANT
        560 S. MCDONOUGH ST., STE. A
        MONTGOMERY, ALABAMA 36104
        TELEPHONE 334-269-0269
        FAX    334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Employ Psychologist at Government Expense by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 30th day of May, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christopher A. Synder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101