IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr023-WHA |
| ) | |
| **LAURA LEE PHILLIPS** ) | |
| a/k/a Goobe   ) | |

## RESPONSE TO DEFENDANT'S MOTION TO EMPLOY PSYCHOLOGIST AT GOVERNMENT EXPENSE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant's Motion to Employ Psychologist at Government Expense as follows:

The United States does not object to employ psychologist at Government's expense for a mental examination of Defendant Laura Phillips.

Respectfully submitted this the 30th day of May, 2006.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Christopher Snyder
                                                CHRISTOPHER A. SNYDER
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                334.223.7280
                                                334.223.7135 fax
                                                christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr023-WHA |
| **LAURA LEE PHILLIPS**<br>   a/k/a Goobe | ) ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Daniel G. Hamm.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

2