IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr023-WHA |
| | ) | |
| LAURA PHILLIPS | ) | |

**ORDER**

This case is now before the court on a motion filed on May 30, 2006 requesting that Laura Phillips, who is now out on bond, be required to undergo a psychiatric examination pursuant to 18 U.S.C. §§ 4241 and 4242, to be conducted by a local psychologist rather than at a Federal Correctional Facility. Upon consideration of the motion, which is not opposed by the government, and for good cause, it is

ORDERED that the motion is GRANTED.

It appears to the court that there is reasonable cause to believe that Laura Phillips at the time of the commission of the offense charged was insane or mentally incompetent and/or may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Accordingly, it is ORDERED, pursuant to 18 U.S.C. § 4247(b), that a psychological examination be conducted by Dr. Catherine Boyer. Dr. Boyer is hereby directed to file a psychological report with the court with copies provided to counsel for the defendant and to the attorney for the government. Such report shall include, but not be limited to, the following:

1. The defendant's psychosocial history and present symptoms;

2. The psychiatric, psychological, and medical tests that were administered and their results;

3. The examiner's findings;

4. The examiner's opinion as to diagnosis and prognosis;

5. Whether the defendant was insane at the time of the offense charged; and

6. Whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

DONE, this 30th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE