IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr023-WHA |
| | ) | WO |
| LAURA PHILLIPS | ) | |

## SUPPLEMENTAL ORDER

On May 30, 2006, the court approved the motion of defendant Phillips for a psychiatric examination to be conducted by a local psychologist rather than at a Federal Correctional Facility. Pursuant to 18 U.S.C. § 3006A(e)(3) it is

ORDERED that compensation to the psychologist shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court as necessary to provide fair compensation for services of an unusual character or duration and the amount of the excess payment is properly approved.

Done, this 2nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE