# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: LAURA LEE PHILLIPS  Case Number: 2:06CR00023-WHA

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: 02/17/06

Original Offense: Theft of Government Property

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Chris Snyder  Defense Attorney: Daniel G. Hamm

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition No. 2: "The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number." | On June 5, 2006, I traveled to the defendant's residence at 3438 Crescent Circle in Montgomery. Neighbors advised that the defendant had moved to another location. I immediately traveled to her daughter's residence at 933 Hill Street in Montgomery in an attempt to locate the defendant. At that time, the defendant's whereabouts were unknown. The defendant later contacted me and advised that she will reside with her daughter at the aforementioned residence (defendant's sister's residence). On June 28, 2006, the defendant advised that she was no longer residing with her sister and had no place to live. The defendant has called the probation office on numerous occasions advising that she would report to the probation office but to no avail. On July 17, 2006, the defendant left a message that she would reside at 3435 Lola Lane in Montgomery. I attempted to locate the aforementioned residence; however, such address does not exist. The last personal contact with Phillips was made on April 27, 2006. The defendant's whereabouts are currently unknown. |
| Release Condition No.7: "Report to the Pretrial Services, Middle District of Alabama as directed by the Pretrial Services Officer." | On February 21, 2006, the defendant was instructed to submit a written report to the probation office within the first five days of each month. The defendant's last report was submitted in April 2006. Numerous attempts have been made to contact defendant but to no avail. |

| | |
|---|---|
| Release Condition No. 7: "The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer." | On March 15, 2006, April 4, 2006 and April 18, 2006, the defendant submitted positive urine samples for cocaine. She admitted an addiction to cocaine and requested treatment. Reports were submitted to the Court recommending that the Court take no action against the defendant but allow her to participate in a substance abuse treatment program. On April 27, 2006, the defendant was instructed to maintain contact with the probation office so that treatment services could be arranged; however, she failed to do so. |

Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance: The defendant was released on bond on February 17, 2006. Since that date, she has not complied with the conditions of pretrial release. She has submitted three positive urine samples, moved from her last known residence without notifying the probation office, and failed to participate in substance abuse treatment.

U.S. Probation Officer Recommendation:

Since the defendant has performed poorly while on pretrial supervision and has failed to keep the Court apprised of her whereabouts, it is recommended that her bond executed on February 17, 2006, be revoked.

[ X ]   The defendant's release should be
      [ X ]   revoked and defendant detained.

[ ]   The conditions of release should be modified as follows:

Respectfully submitted,

by   *Donnelle Thompson*
Donnelle Thompson
U.S. Probation Officer
Date: July 18, 2006

Reviewed and approved: _____
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date