IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06cr23-WHA |
| | ) | |
| **LAURA LEE PHILLIPS** | ) | |

**GOVERNMENT'S MOTION FOR TEMPORARY
DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE**

The United States of America moves to detain temporarily Defendant Laura Lee Phillips in this case pursuant to 18 U.S.C. 3142(a)(3) and (d).  Currently pending in front of the Court is a petition from the U.S. Probation Office to revoke Phillips's Pretrial Release Supervision.  See (Doc #30).  As a result, the Government requests that Phillips be temporarily detained until the Court has had an opportunity to schedule and hold a revocation hearing on the Probation Office's revocation petition.  Under Section 3142(d) the Court shall detain Phillips for a period of no more than ten days.  See 18 U.S.C. §3142(d); United States v. Moncada-Pelaez, 810 F.2d 1008, 1010 (11th Cir. 1987).

The Government also requests leave of Court to file a supplemental motion with additional grounds should this be necessary.

Respectfully submitted this the 26th day of July, 2006:

                                            LEURA G. CANARY
                                            United States Attorney

                                            /s/ Christopher A. Snyder
                                            CHRISTOPHER A. SNYDER
                                            Assistant United States Attorney
                                            Post Office Box 197
                                            Montgomery, Alabama 36101-0197
                                            334.223.7280; 334.223.7135 fax
                                            christopher.a.snyder@usdoj.gov