IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06cr23-WHA |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

## ORDER ON ORAL MOTIONS

At the defendant's initial appearance following her arrest on a Petition, construed as a *Motion,* for *Revocation of Pretrial Release Supervision* (Doc. 31), defense counsel orally moved for a preliminary hearing and suggested that the interests of judicial economy would be best served by scheduling it so that any revocation hearing necessary proceed promptly thereafter.  The United States orally moved for the defendant's temporary detention pending such hearing.   Accordingly, it is

**ORDERED** that Defendant's *Motion for a preliminary hearing* and the United States' *Motion for Temporary Detention* are each granted.  The Defendant is remanded to the custody of the United States Marshal pending the **preliminary hearing, and further proceedings, before Chief Magistrate Judge Charles Coody, in District Courtroom 4B, at 9:00 a.m. on Tuesday, August 1, 2006.**

Done this 26th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE