COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE            DATE: 7-26-2006
☐ BOND HEARING
☐ DETENTION HEARING             Digital Recording 3:00 to 3:09 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd        DEPUTY CLERK: sql
CASE NO.: 2:06CR23-WHA    DEFT. NAME: Laura Lee PHILLIPS
AUSA: Synder              DEFT. ATTY: Dan Hamm
                          Type Counsel: ( )Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO

~~PTSO:~~ Thompson
USPO:

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES   Name: _____

☑ Date of Arrest 7-25-06 or ☐ Arrest Rule 5 Rev. Proc.
☑ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
     ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
     DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed