**COURTROOM DEPUTY'S MINUTES**                                          **MIDDLE DISTRICT OF ALABAMA**

---

❏ **INITIAL APPEARANCE**                                    **DATE:** August 1, 2006
√ **BOND REVOCATION HEARING**
❏ **DETENTION HEARING**                                     Digital Recording 9:11 - 9:16
❏ **PRELIMINARY (HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr23-WHA                        **DEFENDANT NAME:** Laura Lee Phillips

**AUSA:** Christopher Snyder                      **DEFT. ATTY:** Daniel Hamm

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| ❏ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
|   | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | CRIMINAL TERM: The court found that the ends of justice served by setting this case on this trial term outweigh the best interest of the public and the defendant in a speedy trial. |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

| | |
|---|---|
| 9:11 a.m. | Court convenes. |
| | Court's statements regarding revocation petition. |
| | Government states conditions that parties have agreed upon. |
| 9:13 a.m. | Defendant sworn. |
| | Court sets out violations contained in petition. |
| 9:14 a.m. | Defendant's guilty plea to violations. |
| | Court will revoke defendant's pretrial release. |
| | Defendant to be admitted to 28 day inpatient treatment program at CAPS, after treatment at CAPS defendant to be transferred to Community Correction Center as directed by probation officer, defendant will be held in custody until arrangements can be completed at CAPS. |
| 9:16 a.m. | Court's statements to defendant regarding treatment. |
| | Court recessed. |