**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **DOCKET NO. 2:06CR00023-WHA** |
| ) | |
| **LAURA LEE PHILLIPS** ) | |

**ORDER TO MODIFY CONDITIONS OF RELEASE**

On August 1, 2006, the court held a hearing regarding the petition to revoke pretrial release filed by the probation officer on July 18, 2006. Upon the court's consideration of the petition, and by agreement of the parties, it is

ORDERED that the terms of release imposed on February 17, 2006, be MODIFIED to include the following:

1) The defendant shall participate in the residential treatment program offered by the Chemical Addictions Program (CAP), for a minimum of 28 days.

2) The defendant shall reside in a Community Corrections Center maintained or under the contract of the Federal Bureau of Prisons, until such time as she is released by the Court.

It is further ordered that the defendant remain in custody until there is available space at the Chemical Addictions Program. At the completion of the program, she will immediately be transported to Bannum Place of Montgomery where she will participate in the CAP outpatient drug treatment program.

All other conditions imposed on February 17, 2006 shall remain in full force and effect.

DONE, this 1st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE