**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **DOCKET NO. 2:06cr23-WHA** |
| | ) | |
| **LAURA LEE PHILLIPS** | ) | |

**ORDER**

For good cause, it is

ORDERED that the court's order dated August 1, 2006 is VACATED due to the defendant's current medical condition, which prevents her from participating in drug treatment at present. It is further

ORDERED that the defendant is remanded to the custody of the United States Marshal until further notice.

DONE, this 31st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE