## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **DOCKET NO. 2:06CR00023-WHA** |
| | ) | |
| **LAURA LEE PHILLIPS** | ) | |

### ORDER TO MODIFY CONDITIONS OF RELEASE

Due to medical reasons, the defendant was unable to participate in an inpatient drug treatment program as originally ordered on August 1, 2006. Accordingly, and for good cause, it is

ORDERED that the terms of release imposed on February 17, 2006, be MODIFIED to include the following:

1) The defendant shall reside in a Community Corrections Center (Bannum Place) maintained or under the contract of the Federal Bureau of Prisons, until such time as she is released by the Court.

2) The defendant shall participate in the outpatient treatment program offered by the Chemical Addictions Program (CAP) while at Bannum Place.

All other conditions imposed on February 17, 2006 shall remain in full force and effect. It is further

ORDERED that the defendant shall remain in custody until there is available space at Bannum Place.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE