| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:18 - 3:22 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr23-WHA | **DEFENDANT(S)** Laura Lee Phillips |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Dan Hamm |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on October 11, 2006

☐ **TRIAL STATUS**
   Case will go to trial
   Trial time 1 - 1 ½ days

☐ **REMARKS:**
   Discussions regarding possible IQ issue - Defense counsel to proceed with examination
   Government states possible superseding indictment to be filed