IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-23-WHA |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment filed January 20, 2006, in the above styled cause to Laura Lee Phillips, on the following grounds, to wit:

Superceding Indictment in Case No. 2:06-cr-71-MEF.

Respectfully submitted this the 18th day of October, 2006.

                                                              Respectfully submitted,

                                                              LEURA GARRETT CANARY
                                                              UNITED STATES ATTORNEY

                                                              /s/ Christopher A. Snyder
                                                              CHRISTOPHER A. SNYDER
                                                              One Court Street
                                                               Montgomery, Alabama 36104
                                                               Phone: (334) 223-7280
                                                               FAX: (334) 223-7135
                                                               christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-23-WHA |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dan Hamm.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
christopher.a.snyder@usdoj.gov